UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )            Cause No. 1:05-cr-0045  (M/F)
                                    )
CATRINA BRIGHTWELL,                 )
                                    )
            Defendant.              )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Catrina Brightwell's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of two years in the custody of the Attorney General or his designee.   Upon Ms.

Brightwell's release from confinement, she will not be subject to supervised release.

      SO ORDERED this  06/13/2011

                                          _____
                                          LARRY J. McKINNEY, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution:

Gayle Helart,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal